NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NATHANIEL J. WILLINGHAM,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

_____

2012-3152

_____

Petition for review of the Merit Systems Protection Board in case no. DC3330100370-I-1.

_____

**ON MOTION**

_____

**O R D E R**

The Department of the Navy moves without opposition for a 32-day extension of time, until February 11, 2013, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

NATHANIEL WILLINGHAM V. NAVY                                                    2

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27